IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-228 |
| | ) | |
| MICHAEL CHEATOM | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST MICHAEL CHEATOM

AND NOW, this 29th day of Oct, 2010, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Michael Cheatom in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): one Walther .40 caliber pistol, Model P99AS, bearing serial number FAF5123.

2. This Order of Forfeiture Against Michael Cheatom is made part of the criminal judgment against Michael Cheatom and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____
United States District Court