IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL DIVISION |
|---|---|---|
| | : | |
| | : | Criminal No. 09-228 |
| v. | : | |
| | : | |
| MICHAEL CHEATOM | : | |

## ORDER

AND NOW, this 17th day of December, 2010, upon consideration of the within **Motion for Leave of Court to Allow Family Contact Visits**, it is hereby Ordered that said Motion be GRANTED, and that the Warden of the Allegheny County Jail permit the Defendant, Michael Cheatom, contact visits with Dorothy Cheatom, so long as said contact visits do not violate any internal policy or security consideration.

_____
Gary L. Lancaster
Chief U.S. District Court Judge