PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Michael Cheatom | Docket No.:2:09CR00228 |
| Sentencing Judge: | Gary L. Lancaster, Chief United States District Judge | |
| Date of Original Sentence: | March 4, 2011 | |
| Original Offense: | Possession of a Firearm By a Convicted Felon (18 U.S.C. § 922(g)(1) | |
| Original Sentence: | 90 months of imprisonment; 60 months of supervised release | |
| Special conditions: | Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Computer Search, Forfeiture, DNA testing | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: June 7, 2016 |
| Prior Court History: | January 24, 2017: Report on Offender Under Supervision; No action recommended. | |

### PETITIONING THE COURT

☒ To Issue a Warrant    ☐ To Issue a Summons
☐ To Schedule a Show Cause Hearing    ☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION NUMBER:

1. **The defendant shall not commit another federal, state of local crime.**

NATURE OF NONCOMPLIANCE:

On October 13, 2017, the offender was arrested by the City of Pittsburgh Bureau of Police and charged with Aggravated Assault (F-2), (2 Counts) Endangering Welfare of Children (M-1) and Possessing Instruments of Crime (M-1) at OTN: G790187-6. A preliminary hearing has been scheduled for October 20, 2017, in Pittsburgh Municipal Court

According to the criminal complaint on October 13, 2017, Zone 1 officers were dispatched to 936 Kirkbride Street, Pittsburgh, PA, for a violent domestic in which a female was stabbed.  Upon arrival Officers Reola, Donnelly, Clark, Hinjosa and Niemiec encountered Lakeyta Cheatom on the first floor of said residence.  She was bleeding from her hands as well as several wounds on her back.

Officers Reola, Donnelly and Clark proceeded to the upstairs of the home and made contact with a male, identified as Michael Cheatom, who was in the bathroom attending to several fresh lacerations on his face.  He was detained, placed in hand cuffs and transported to the Allegheny County Jail.

Considering the serious nature of the violation conduct, the Probation Office respectfully recommends that a warrant be issued for the offender's arrest, no bond be set, and that he remain detained until the final revocation hearing.

Offender: Michael Cheatom
Docket No.:2:01CR00146
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
            Jeffrey S. Sciarrino
            U.S. Probation Officer

Approved By: _____
                   Marcus J. White
                   Supervisory U.S. Probation Officer
Date:                10/13/2017

**THE COURT ORDERS:**
☐ No Action
☐ The Issuance of a Warrant and:
      ☐ No Bond is set
      ☐ Bond is set at _____
      ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.  The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.
☐ Other_____

_____
United States District Judge

_____
Date